IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JERRI LYNN HOLTON                                                                         PLAINTIFF

VERSUS                                                         CIVIL ACTION NO.  3:06cv138HTW-LRA

STATE OF MISSISSIPPI, et al.                                                        DEFENDANT

## FINAL JUDGMENT

This cause is before the Court, <u>sua</u> <u>sponte</u>, for consideration of dismissal.  Pursuant to the Memorandum Opinion and Order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice for failure to comply with the orders of this Court.

SO ORDERED AND ADJUDGED, this the 31st day of January, 2007.

                                                    s/ HENRY T. WINGATE
                                                    CHIEF UNITED STATES DISTRICT JUDGE